**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 16-06562 CED Judge: Caryl E. Delano | Trustee Name: | Robert E. Tardif Jr. |
|---|---|---|---|
| Case Name: | NEGRETE, ELPIDIO | Date Filed (f) or Converted (c): | 07/29/16 (f) |
| | | 341(a) Meeting Date: | 08/30/16 |
| For Period Ending: | 09/30/18 | Claims Bar Date: | 11/28/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. HOMESTEAD-6671 PANGOLA RD, FT MYERS FL | 235,085.00 | 0.00 | | 0.00 | FA |
| 2. LAND-1507 PROSPECT AVE, LEHIGH ACRES, FL | 4,100.00 | 1,000.00 | | 1,000.00 | FA |
| 3. 2007 SUZUKI ($240 bank fee added) | 2,860.00 | 1,550.00 | | 1,550.00 | FA |
| 4. HOUSEHOLD GOODS & FURNISHINGS | 325.00 | 0.00 | | 0.00 | FA |
| 5. ELECTRONICS | 25.00 | 0.00 | | 0.00 | FA |
| 6. CLOTHING | 50.00 | 0.00 | | 0.00 | FA |
| 7. BANK ACCOUNT | 50.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $242,495.00 $2,550.00 $2,550.00 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

August 17, 2016 (GAH) Reschedule 341 to 9/6/16 at 8:45 am. Atty will send out notice.

October 12, 2017 (RET) - Preparing proposed repurchase agreement.

Stip for $2,550.00 at $212.50 per mo. for 12 months beginning 11/1/17.

November 21, 2017 (RET) - Signed payment stipulation.

February 01, 2018 (GAH) All payments received.

March 01, 2018 (BLK) - There are no filed claims. Sent letter to Creditor in an attempt to get a claim filed.

LFORM1　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ver: 20.02

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

| | | |
|---|---|---|
| Case No: | 16-06562    CED    Judge: Caryl E. Delano | Trustee Name:                 Robert E. Tardif Jr. |
| Case Name: | NEGRETE, ELPIDIO | Date Filed (f) or Converted (c):    07/29/16 (f) |
| | | 341(a) Meeting Date:          08/30/16 |
| | | Claims Bar Date:              11/28/16 |

June 13, 2018 (RET) - Still a surplus case.

Initial Projected Date of Final Report (TFR): 07/28/18     Current Projected Date of Final Report (TFR): 12/20/18

/s/    Robert E. Tardif Jr.
_____    Date: 10/31/18
ROBERT E. TARDIF JR.

FORM 2

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-06562  -CED | | Trustee Name: | Robert E. Tardif Jr. |
|---|---|---|---|---|
| Case Name: | NEGRETE, ELPIDIO | | Bank Name: | BOK FINANCIAL |
| | | | Account Number / CD #: | *******7863  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8958 | | | |
| For Period Ending: | 09/30/18 | | Blanket Bond (per case limit): | $ 26,930,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/24/17 | 3 | Elpidio Negrete | Payment on Overage (Doc #21) | 1129-000 | 212.50 | | 212.50 |
| 11/27/17 | 3 | Elpidio Negrete | Payment on Overage (Doc #21) | 1129-000 | 212.50 | | 425.00 |
| 01/08/18 | 3 | Elpidio Negrete | Payment on Overage (Doc #21) | 1129-000 | 212.50 | | 637.50 |
| 02/01/18 | 2, 3 | Elpidio Negrete | Payment on Overage (Doc #21) | | 1,912.50 | | 2,550.00 |
| | | | $240.00 bank fee | | | | |
| | | | Memo Amount:   1,000.00 | 1110-000 | | | |
| | | | Payment on Overage | | | | |
| | | | Memo Amount:   912.50 | 1129-000 | | | |
| | | | Payment on Overage | | | | |
| 02/28/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,540.00 |
| 03/30/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,530.00 |
| 04/30/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,520.00 |
| 05/31/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,510.00 |
| 06/29/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,500.00 |
| 07/31/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,490.00 |
| 08/31/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,480.00 |
| 09/28/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,470.00 |

|   |   |   |   |
|---|---|---|---|
| Memo Allocation Receipts: | 1,912.50 | COLUMN TOTALS | 2,550.00   80.00   2,470.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 0.00   0.00 |
| | | Subtotal | 2,550.00   80.00 |
| Memo Allocation Net: | 1,912.50 | Less:  Payments to Debtors | 0.00 |
| | | Net | 2,550.00   80.00 |

| | | | NET | NET | ACCOUNT |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 1,912.50 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking Account (Non-Interest Earn - *******7863 | 2,550.00 | 80.00 | 2,470.00 |
| Total Memo Allocation Net: | 1,912.50 | | 2,550.00 | 80.00 | 2,470.00 |

Page Subtotals    2,550.00    80.00

Ver: 20.02

LFORM24

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-06562 -CED | Trustee Name: | Robert E. Tardif Jr. |
|---|---|---|---|
| Case Name: | NEGRETE, ELPIDIO | Bank Name: | BOK FINANCIAL |
| | | Account Number / CD #: | *******7863  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8958 | | |
| For Period Ending: | 09/30/18 | Blanket Bond (per case limit): | $ 26,930,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|

Ver: 20.02

LFORM24