IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In Re:

ELPIDIO NEGRETE                                     Case No. 9:16-bk-06562-FMD

        Debtor
_____/

**REPORT AND NOTICE OF TRUSTEE'S INTENTION
TO ABANDON PROPERTY OF THE ESTATE**

TO: CREDITORS, DEBTOR AND OTHER PARTIES IN INTEREST:

      ROBERT E. TARDIF JR., the Trustee of the above-referenced debtor, reports that he intends to abandon the following property of the debtor: **Cash on hand in the amount of $2,420.00.**

      Said property is being abandoned as there are no filed claims in this case.

---

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 30 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602, and serve a copy on the movant's attorney, Robert E. Tardif Jr., P.O. Box 2140, Fort Myers, FL 33902, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

*Certificate of Service*

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the Assistant U.S. Trustee and Juan J. Mendoza, and by regular U.S. Mail to Elpidio Negrete, 6671 Pangola Drive, Fort Myers, FL 33905, and all creditors and parties in interest as reflected on the creditors matrix on this 26th day of June, 2019.

      /s/ Robert E. Tardif Jr.
      Robert E. Tardif Jr., Trustee
      Post Office Box 2140
      Fort Myers, Florida 33902
      (239) 362-2755
      (239) 362-2756 Facsimile