```
Label Matrix for local noticing        Deere & Company                         Caryl E. Delano
113A-9                                 PO Box 6600                             Tampa
Case 9:16-bk-06562-FMD                 Johnston, IA 50131-6600                 , FL
Middle District of Florida
Ft. Myers
Wed Jun 26 10:40:32 EDT 2019

Elpidio Negrete                        John Deere Financial                    Ocwen Loan Servicing, LLC.
6671 Pangola Drive                     P.O. Box 6600                           P.O. Box 24738
Fort Myers, FL 33905-6815              Johnston, IA 50131-6600                 West Palm Beach, FL 33416-4738


Regions Bank                           Robert E Tardif Jr.+                    Robert E Tardif, Attorney for Trustee +
P.O. Box 11007                         Trustee                                 Robert E. Tardif, Jr., P.A.
Birmingham, AL 35288-0001              Post Office Box 2140                    Post Office Box 2140
                                       Fort Myers, FL 33902-2140               Fort Myers, FL 33902-2140


United States Trustee - FTM7/13 +      Juan J Mendoza +                        Note: Entries with a '+' at the end of the
Timberlake Annex, Suite 1200           Law Offices of Juan J. Mendoza, LLC     name have an email address on file in CMECF
501 E Polk Street                      27299 Riverview Center Blvd., Suite 102
Tampa, FL 33602-3949                   Bonita Springs, FL 34134-4322




              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Orlando, FL 32802-3146              (u)Robert Watson, Esq.                  End of Label Matrix
                                       Notice Purpose Only                     Mailable recipients    11
                                       109 East Church Street                  Bypassed recipients     2
                                       Fifth Floor                             Total                  13
```